UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| NINA HU, JUNDE ZHU, XIAOTIAN YU, | ) | |
| XILAI DAI, ZHAORUI NI, JIDEOFOR ODOEZE, | ) | |
| HAOYU JI, SEBASTIAN CARBAJAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  4:25-cv-00028 |
| | ) | |
| KRISTI NOEM, in her official capacity | ) | |
| as Secretary of the United States Department | ) | |
| of Homeland Security; | ) | |
| TODD LYONS, in his official capacity as the | ) | |
| Acting Director of United States Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

**Verified Complaint for Declaratory and Injunctive Relief**

The plaintiffs, being duly sworn, and by their counsel, say as follows:

**Introduction**

1.     Foreign nonimmigrant students are allowed to remain in the United States for study with F-1 status after receiving an F-1 visa. the Student and Exchange Visitor Information Systems (SEVIS) is a database maintained by the Department of Homeland Security that tracks the compliance by international students with their F-1 status. Plaintiffs are nonimmigrant students who reside in Indiana and who are attending Indiana universities with F-1 student status and who have fully complied with all the

requirements necessary to maintain their F-1 status. However, on or about April 3, 2025, the United States Department of Homeland Security ("DHS") unilaterally terminated the F-1 student status of numerous students throughout the United States, as reflected in the SEVIS database. This includes the plaintiffs and has resulted in the loss of their ability to remain in the United States as students. No process was provided to challenge the terminations. And this was done in clear violation of federal regulations that explicitly limit the circumstances under which the defendants can terminate the F-1 status of foreign nonimmigrant students.

2.      There are no grounds to terminate the plaintiffs' F-1 status. Even if a visa is revoked, the United States is not authorized to terminate plaintiffs' student status. The grounds claimed by the United States in plaintiffs' SEVIS termination do not provide legal authority to terminate the SEVIS record. An F-1 visa controls a student's entry into the country, not their continued lawful presence once admitted. Plaintiffs were in full compliance with the terms of their F-1 status and have not engaged in any conduct justifying termination of the status.

3.      Assuming that they do not voluntarily depart the country, the plaintiffs are now subject to removal from the United States. The termination of their F-1 status has caused them, and is continuing to cause them, obvious irreparable harm. The terminations of their status represents final agency action by the defendants and inasmuch as there are no valid grounds for the terminations and are contrary to constitutional right, the

defendants' actions violate the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (B), as they are arbitrary, capricious, an abuse of discretion, and not otherwise in accordance with law and the Constitution. Moreover, plaintiffs have an entitlement to avoid termination of their F-1 status unless specific regulatory standards are met and inasmuch as those standards are not met here and plaintiffs have been afforded no opportunity to demonstrate their continuing entitlement, the actions of the defendants also violate basic principles of due process guaranteed by due process secured by the Fifth Amendment to the United States Constitution. Plaintiffs are entitled to declaratory, preliminary, and final injunctive relief reinstating their F-1 status.

**Jurisdiction and venue**

4.      This court has jurisdiction of this case pursuant to 5 U.S.C. § 702, 28 U.S.C. § 1331, and 28 U.S.C. § 1346.

5.      Declaratory relief is authorized by Fed. R. Civ. P. 57 and 28 U.S.C. §§ 2201, 2202.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**Parties**

7.      Nina Hu is an adult resident of Tippecanoe County, Indiana.

8.      Junde Zhu is an adult resident of Tippecanoe County, Indiana.

9.      Xiaotian Yu is an adult resident of Tippecanoe County, Indiana.

10.     Xilai Dai is an adult resident of Tippecanoe County, Indiana.

11.     Zhaorui Ni is an adult resident of Tippecanoe County, Indiana.

[3]

12.    Jideofor Odoeze is an adult resident of St. Joseph County, Indiana.

13.    Haoyu Ji is an adult resident of Tippecanoe County, Indiana.

14.    Sebastian Carbajal is an adult resident of Allen County, Indiana.

15.    Kristi Noem is the duly appointed Secretary of the United States Department of Homeland Security. She is sued in her official capacity.

16.    Todd Lyons is the duly appointed Acting Director of United States Immigration and Customs Enforcement. He is sued in his official capacity.

**Legal background**

17.    Federal law provides that noncitizens can enroll in government-approved academic institutions as F-1 students. See 8 U.S.C. § 1101(a)(15)(F). Students enter the United States on an F-1 visa issued by the United States Department of State. Then, once they enter the United States with an F-1 visa, students are granted F-1 student status and permitted to remain in the United States for the duration of status as long as the student continues to meet the requirements established by the regulations governing the student's visa classification.

18.    DHS's Student and Exchange Visitor Program (SEVP) is in charge of administering the F-1 student program and tracking information on students in F-1 student status.

19.    SEVIS is a web-based database that DHS uses to track and monitor, among others, nonimmigrant students who have F-1 status.

20.     An academic institution must obtain formal approval from DHS before it can sponsor a student's F-1 status. An institution must first file an application for School Certification through the SEVIS system. 8 C.F.R. § 214.3.

21.     Each school has a Designated School Official ("DSO") who monitors the student and who issues an I-20 form, which memorializes the student as someone admitted to the United States pursuant to the F-1 visa. U.S. Dep't of Homeland Sec., *Study in the States*, https://studyinthestates.dhs.gov/students/prepare/students-and-the-form-i-20    (last visited Apr. 13, 2025).

22.     In addition to traditional education, F-1 students may also participate in two types of practical training programs. 8 C.F.R. § 214.2(f)(10)(ii). Curricular practical training, or "CPT," includes alternative work/study, internship, cooperative education, or any other type to required internship or practicum that is offered by sponsoring employers through cooperative agreements with the school" that is "an integral part of an established curriculum." 8 C.F.R. § 214.2(f)(1)(i). Optional Practical Training, or "OPT" consists of temporary employment that is directly related to the student's major area of study. 8 C.F.R. § 214.2(f)(1)(ii).

23.     Once a student has completed his or her course of study and any accompanying practical training, they have sixty days to either depart the United States or transfer their status to another institution. 8 C.F.R. § 214.2(f)(5)(iv).

24.    If a student voluntarily withdraws from the F-1 program, they have 15 days to depart the United States. *Id.*

25.    However, "an F-1 student who fails to maintain a full course of study without approval of the DSO or otherwise fails to maintain status is not eligible for an additional period for departure." *Id*.

26.    Under the regulation, DSOs at schools must report through SEVIS to SEVP when a student fails to maintain status. *See* 8 C.F.R. § 214.3(g)(2).

27.    Termination of F-1 status is reflected in SEVIS and students will be notified of their loss of status through their DSO.

28.    The regulations distinguish between two separate ways a student may fall out of status: (1) a student who "fails to maintain status"; and (2) an agency-initiated "termination of status."

29.    Students fail to maintain their F-1 status if they fail to satisfy the requirements imposed on F-1 students by federal regulations: failure to maintain a full course of study, engaging in unauthorized employment, providing false information to DHS, or being convicted of a crime of violence for which a sentence of more than one year can be imposed.  8 C.F.R. § 214.2(e)-(g).

30.    While F-1 status may be lost as outlined above, DHS's ability to terminate F-1 student status "is limited by [8 C.F.R.] § 214.1(d)." *Jie Fang* v. *Dir. U.S. Immig. & Cust. Enforc.*,  935 F.3d 172, 185, n. 100 (3d Cir. 2019).

31.     Termination of F-1 status as reflected in the SEVIS record means that the student is out of status.

32.     Under 8 C.F.R. § 214.1(d), DHS can terminate F-1 student status only when: (1) a previously granted waiver under 8 U.S.C. § 1182(d)(3) or (4) is revoked; (2) a private bill to confer lawful permanent residence is introduced in Congress; or (3) DHS publishes a notification in the Federal Register identifying national security, diplomatic, or public safety reasons for termination.

33.     To remove a noncitizen after their nonimmigrant status is revoked, DHS must file the Notice to Appear, which is the charging document that initiates immigration court proceedings.

34.     Once the Notice to Appear is filed, the individual may be taken into custody under a Warrant of Arrest.

35.     However, there is a clear distinction between the revocation of an F-1 visa, which limits the ability of a person to reenter the United States and the termination of a person's status through termination of the SEVIS record.

36.     DHS's own policy guidance confirms that "[v]isa revocation is not, in itself, a cause for termination of the student's SEVIS record." *See* ICE Policy Guidance 1004-04 – Visa Revocations (June 7, 2010) at 3, available at https://www.ice.gov/doclib/sevis/pd/visa_ revocations_1004_04.pdf (last visited Apr. 10, 2025).

37.    The Immigration Judge in a removal proceeding has no ability to review and reverse the status termination as reflected in SEVIS because the process is collateral to removal proceedings. *See Jie Fang*, 935 F.3d at 183.

38.    Defendants' action in terminating a student's lawful status in the United States may lead to detention and the initiation of removal proceedings with the student not being able to contest the validity of their termination that is the cause for the removal.

39.    The termination of a  person's status as reflected in the SEVIS record represents final agency action for purposes of review under the Administrative Procedure Act. *See Jie Fang*, 935 F.3d at 185.

**Factual allegations**

### *Nina Hu*

40.    Nina Hu is a sophomore at Purdue University in West Lafayette, Indiana.

41.    Ms. Hu is a Chinese national, although she was born in Ukraine.

42.    Ms. Hu came to the United States to attend Purdue in 2023.

43.    Ms. Hu is majoring in Computer Science and Data Science, with a minor in Business Economics.

44.    Ms. Hu receives excellent grades and has been a student in good standing at Purdue University.

45.    Ms. Hu intends to pursue a career involving computer science upon graduation and is also contemplating going to law school.

46.     Ms. Hu received F-1 status in 2023 and has had this status continuously without interruption since that time.

47.     Ms. Hu has never committed a criminal offense and has complied with all the rules and regulations imposed on a person with F-1 status.

48.      Ms. Hu was involved in an incident that came to the attention of the Tippecanoe County Prosecutor. The Prosecutor's office determined that she was the victim of a crime and, of course, no criminal charges were brought against her.

49.     Nevertheless, on April 3, 2025, Ms. Hu received an email from the Director of International Student Services at Purdue that stated that "[i]t has come to our attention that your SEVIS record and lawful F-1 status in the United States have been terminated." The notice further provides that if she is employed, she must immediately cease her employment. The notice is attached as Exhibit 1.

50.     Ms. Hu is not currently employed but had been hired for a job at Purdue University this summer. She will not be able to be employed now that her F-1 status has been terminated.

51.     On April 9, 2025, Ms. Hu received a notice from the United States State Department's Bureau of Consular Affairs Visa Office that specified that her visa had been revoked and that she would need to leave the country or face deportation at any time. The notice further provided that "[p]ersons being deported may be sent to countries other than the countries of origin."

52.     There is no lawful basis for the termination of Ms. Hu's SEVIS record and the resulting termination of her F-1 status, and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to her.

53.     Ms. Hu has no recourse to challenge the termination of her lawful F-1 status.

54.     Ms. Hu has paid $15,000 for this semester to Purdue for her studies and still owes $5,000.

55.     This termination is devastating to Ms. Hu. She has not yet completed her undergraduate degree, which will serve as the foundation for her career. She would like to earn her degree in the United States but now fears that the revocation of her status will impact her prospects in other countries, limiting her options around the globe.

56.     Since Ms. Hu received the notice of the termination of her F-1 status, she has been overwhelmed with uncertainty and fear due to the possibility of being subject to immediate detention and deportation. Due to this, she has been experiencing depression, trouble sleeping, and diminished appetite.

### _Junde Zhu_

57.     Junde Zhu is currently a junior at Purdue University in West Lafayette, Indiana studying Natural Resources and Environmental Science with an expected graduation date in May of 2026.

58.    Mr. Zhu is a citizen of China who received his F-1 status in 2022 and has had this status continuously since that time.  He has fully complied with the requirements to maintain his visa.

59.    Mr. Zhu is taking a full caseload and plans upon pursuing a master's degree in the United States in Environmental Science upon graduation.

60.    Mr. Zhu has been a student in good standing at Purdue University.

61.    Nevertheless, on April 9, 2025, Mr. Zhu received a notice from the Director of International Services at Purdue that states:

> It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on 4/8/2025 for the reason: **OTHER- Individual identified in criminal records check and/or has had their VISA revoked.**

The notice is attached as Exhibit 2.

62.    In 2024 Mr. Zhu pled guilty to a non-traffic citation for disorderly conduct for which he received a fine and had to pay restitution. This was in Pennsylvania.

63.    This is the only offense for which Mr. Zhu has been convicted. It is not an offense that allows for termination or loss of his F-1 status and SEVIS record.

64.    Since receiving the April 9, 2025 notice Mr. Zhu received a notice from the United States Department of State, Bureau of Consular Affairs Visa Office stating that his F-1 visa had been revoked under Section 221(i) of the United States Immigration and Nationality Act, and that "[r]emaining in the United States without a lawful immigration status can

result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa." It also warned that "[p]ersons being deported may be sent to countries other than their countries of origin." On information and belief this notice is because of the termination of his F-1 status as reflected in his SEVIS record. The notice is attached as Exhibit 3.

65.    There is no lawful basis for the termination of Mr. Zhu's F-1 status, and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

66.    Mr. Zhu has no recourse to challenge the termination of his lawful F-1 status and SEVIS record.

67.    The termination of Mr. Zhu's F-1 status will render him unable to finish and continue his education as planned.

68.    He is currently not attending classes and may be receiving incompletes for all of his classes and, in any event, will not be able to complete his degree.

69.    If he has to leave the United States, he will lose access to his academic program, research, and campus resources and will injure and derail his academic trajectory

70.    Mr. Zhu has paid $15,552 to attend Purdue University this semester.

71.    Since Mr. Zhu received notice of his SEVIS termination, he lives in constant and continuing fear of being arrested and removed to an unknown country. He has been unable to maintain his usual schedule and is confining himself to his home to mitigate the risk of seizure by ICE. He has been experiencing difficulty concentrating, trouble

[12]

falling asleep and recurring nightmares about being deported to prison in El Salvador or being sent to a random country.

### *Xiaotian Yu*

72.    Xiaotian Yu is currently studying for a master's degree at Purdue University in West Lafayette, Indiana.

73.    Mr. Yu is a citizen of China.

74.    Mr. Yu is scheduled to graduate in May of 2025 with a graduate degree in Aerospace/Aviation.

75.    Mr. Yu has a 3.8 grade point average and has been a student in good standing at Purdue University.

76.    Mr. Yu received his current F-1 status in July of 2024. He has a prior F-1 status beginning in 2017.  He has fully complied with the requirements to maintain his visa.

77.    In 2022, Mr. Yu was charged with domestic violence in Illinois. However, the case was dismissed and there was no conviction.

78.    Mr. Yu has not been convicted of any offenses.

79.    On April 9, 2025, Mr. Yu received a notice from the Director of International Services at Purdue University that states:

> It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on 4/8/25 for the reason: **OTHER – Individual identified in criminal records check and/or has had their VISA revoked.**

The notice is attached as Exhibit 4.

80.    There is no lawful basis for the termination of Mr. Yu's SEVIS record and the resulting termination of his F-1 status, and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

81.    Mr. Yu has no recourse to challenge the termination of his lawful F-1 status and SEVIS record.

82.    The termination of Mr. Yu's F-1 status record will render him unable to finish and continue his education as planned.

83.    He would also be liable for apartment rental payments for the next three months if he is forced to leave the country.

84.    Since Mr. Yu's received notice of his SEVIS termination, he has been living in fear that he will be arrested and removed to an unknown country. He does not feel safe leaving his house and has been experiencing loss of sleep, heightened stress, and loss of appetite.

### *Xilai Dai*

85.    Mr. Dai is in the first year of a Ph.D. program in chip design at Purdue University in West Lafayette, Indiana.

86.    Mr. Dai has been a student in good standing at Purdue and received his undergraduate degree in Computer Engineering at Purdue in 2023.

87.    Mr. Dai is a citizen of China.

[14]

88.     Mr. Dai received an F-1 status in 2019. In the summer of 2024, he returned home to China and applied to renew the VISA so he could return to Purdue. He inadvertently failed to disclose on his application that he had been arrested in Tippecanoe County in 2022 for underage consumption of alcohol, as the charge was dismissed. After an initial denial of the VISA, he reapplied and disclosed the arrest, and the VISA was approved and renewed.  He has fully complied with the requirement to maintain his visa.

89.     The only other arrests or citations that Mr. Dai has received is a citation for a speeding ticket in December of 2024 for which he has received a deferral for one year after which the matter will be closed.

90.      On April 9, 2025, Mr. Dai received a notice from the Director of International Services at Purdue that states:

> It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on 4/8/2025 for the reason: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked.**
>
> **If you are currently employed, you are advised to cease employment immediately, and you are no longer legally authorized to continue your studies in the United States.**

The notice is attached as Exhibit 5.

91.     On April 9, Mr. Dai also received an email from the United States Embassy in Beijing stating that "additional information became available after your visa issued. As a result, your F-1 visa with expiration date 14-JUL-2025 has been revoked under Section

221(i) of the United States Immigration and Nationality Act." On information and belief this "additional information" refers to the termination of his F-1 status as reflected in his SEVIS record. The email is attached as Exhibit 6.

92.      The Embassy notice also states that remaining in the United States subjected Mr. Dai to fines, detention, and/or deportation. It further states that "deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin."

93.      Mr. Dai's sole income has been from teaching classes at Purdue and he was scheduled to be a paid research assistant at Purdue this summer. However, now that his F-1 status has been revoked, his income will be stopping and he will have absolutely no income.

94.      There is no lawful basis for the termination of Mr. Dai's SEVIS record and the resulting termination of his F-1 status, and none of the basis for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

95.      Mr. Dai has no recourse to challenge the termination of his lawful F-1 status and SEVIS record.

96.      The termination of Mr. Dai's F-1 status and SEVIS record will render him unable to finish and continue his education as planned. He has been advised by Purdue to not go to campus, which includes the lab where he needs to perform research.

97.    The termination of his F-1 status will seriously disrupt and interfere with his education and his life.

98.    He is liable for apartment rental payments for the next year as he re-signed his lease prior to receiving the notice of his SEVIS termination.

99.    Since Mr. Dai received notice of his SEVIS termination, he has been living without income and has been avoiding leaving his apartment out of fear that he will be picked up and deported to an unknown country. He has also been experiencing panic, paranoia, and increased stress due to the uncertainty of his future.

100.    Mr. Dai has been committed to his education and has achieved honors and Dean's List recognition every year.

101.    Termination of his F-1 status has made him feel like a criminal, even though he has done nothing to warrant the termination. All his dreams for a better future have been taken from him because of this.

### *Zhaorui Ni*

102.    Zhaorui Ni is currently a doctoral student in Computer Engineering at Purdue University in West Lafayette, Indiana who was expected to get her degree in 2028.

103.    Ms. Ni has been a student in good standing at Purdue.

104.    Ms. Ni is a citizen of China.

105.    Ms. Ni has had her F-1 status since 2019.  She has fully complied with the requirements to maintain her visa.

[17]

106.    On April 9, 2025, Ms. Ni received a notice from the Director of International

Services at Purdue that states:

> It has come to our attention that your SEVIS record and F-1 status in the
> United States have been terminated. Your SEVIS record and F-1 status were
> terminated on 4/8/2025 for the reason: **OTHER - Individual identified in
> criminal records check and/or has had their VISA revoked.**
>
> **If you are currently employed, you are advised to cease employment
> immediately, and you are no longer legally authorized to continue your
> studies in the United States.**

The notice is attached as Exhibit 7

107.    Ms. Ni has been employed as an instructor at Purdue and was scheduled to be

employed by Purdue this summer as either an instructor or researcher. However, because

of the revocation of her F-1 status, her employment has ceased. This was her only income.

108.    The only criminal history that Ms. Ni has are 1) misdemeanor charges for criminal

trespass and resisting law enforcement that were filed in June of 2024. She has entered to

a diversion concerning these charges and pursuant to the diversion agreement they are

scheduled to be dismissed in December of 2025 if she fully complies with the terms of the

diversion of the agreement, which she believes she has done and 2) a speeding ticket

which was deferred and has been fully resolved.

109.    There is no lawful basis for the termination of Ms. Ni's SEVIS record and the

resulting termination of her F-1 status, and none of the bases for termination of status

articulated in 8 C.F.R. § 214.1(d) are applicable to her.

110.   Ms. Ni has no recourse to challenge the termination of her lawful F-1 status and SEVIS record.

111.   The termination of Ms. Ni's F-1 status will render her unable to continue and complete her education as she has been advised by the school that she no longer has the necessary status to study in the United States, which will mean that all of her hard work was for naught and will disrupt, perhaps permanently, her education and educational progress.

112.   She knows that she is now subject to detention and deportation. Since Ms. Ni received notice of her SEVIS termination, she has confined herself to her home due to it causing immense worry and emotional harm. She is now staying in her home 24-hours a day. She has been in a constant state of fear and having trouble sleeping. When she does sleep, she is having nightmares about being detained and being abused while in detention. When she is awake she is experiencing fits of crying.

113.   The termination of her F-1 status has also caused her to be unable to work therefore losing her only income and possibly her insurance.

### *Jideofor Odoeze*

114.   Jideofor Odoeze is a citizen of Nigeria who is enrolled at Notre Dame.

115.   He has been a student in good standing and is currently studying for a Ph.D in Electrical Engineering with an expected graduation date of May of 2025.

[19]

116.     He is a finalist for receiving an Acitvate Fellowship funded by CHIPS for America through the National Institute for Standards and Technology under the United States Department of Commerce, and was expecting to learn in the near future if this had been awarded.

117.     In the course of his study and work at Notre Dame, he invented a laser technology for optical communications, quantum technology, and free-space sensing, for which Notre Dame has filed a patent.

118.     The fellowship  for which he is a finalist specifically aims to support scientists and engineers in translating their research into new products and services with broad societal benefits and fellows receiving training, funding, access to research facilities, and mentoring.

119.     He initially received an F-1 visa in 2018 and after visiting Nigeria and before returning to the United States he received a new F-1 visa in 2022 and has had F-1 status since that time.  He has fully complied with the requirements to maintain his visa.

120.     He is married and his wife is a dependent of his F-1 visa. She therefore has an F-2 visa.

121.     He and his wife have two young children who are both United States citizens.

122.     On April 8, 2025, he received an email from the Executive Director of the International Student & Scholar Affairs at Notre Dame informing him that DHS had terminated his SEVIS immigration record. The reason given for this termination is

"OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

123.    The email further states that "based on this DHS action to your record, your F-1 status in the U.S. is terminated, and you are no longer considered lawfully present in the U.S. Additionally, you may be at risk of detention and deportation." It further provides that "if you are still present in the U.S., you should make immediate plans to depart United States. There is no grace period with this termination."

124.    The email is attached as Exhibit 8.

125.    The termination of his F-1 status automatically terminates his wife's F-2 visa.

126.    Mr. Odoeze has been employed by Notre Dame. That is the only income in the family and that has now stopped with the termination of his F-1 status.

127.    In 2024, Mr. Odoeze was charged with domestic battery and disorderly conduct. However, the domestic battery charge was dismissed and Mr. Odoeze pled guilty to the disorderly conduct charge as a B-misdemeanor and he was only assessed fees. He has also been charged with speeding as an infraction, but has been told by the judge in the case that the charge will be dismissed on April 22, 2025 if there have been no further citations. He has not received any further citations.

128.    There is no lawful basis for the termination of his SEVIS record and the resulting termination of his F-1 status, and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

129.    Mr. Odoeze has no recourse to challenge the termination of his lawful F-1 status. Indeed, the email that he received from Notre Dame states that "we are unaware of any available path to reinstate your status from within the U.S."

130.    The termination of his F-1 status has devastating consequences.

131.    Even if he did not receive the Fellowship, he was planning to convert his F-1 status into OPT employment to pursue his development and career. All of this has been completely derailed now that his F-1 status has been terminated.

132.    All of his family's income has now been terminated. He and his wife are buying a house and a car and they have no way to pay for either, or any other expenses.

133.    He and his family are now at risk of becoming homeless.

134.    Although his young children (two and four years of age) are American citizens, they are facing a profound disruption of their lives.

135.    He is terrified of what the future might bring. He is trying not to leave the house unless it is absolutely necessary to do so.

136.    This has completely upended his life and the life of his family.

### *Haoyu Ji*

137.    Mr. Ji is scheduled to graduate in December of  2025 at the earliest, with a bachelor's degree in computer science from Purdue University in West Lafayette, Indiana.

138.    Mr. Ji has been a  student in good standing at Purdue University with a 3.76 grade point average.

[22]

139.    On April 18, 2025, Mr. Ji learned that he had been accepted into the very competitive Summer Undergraduate Research Fellowship program offered by the Engineering Undergraduate Research Office at Purdue University.

140.    The fellowship aims to provide students with an opportunity to work with faculty and graduate student mentors to experience hands-on research with cutting-edge research tools and to explore advanced education and research careers. People in the fellowship are paid a stipend for the summer.

141.    Mr. Ji is a citizen of China.

142.    Mr. Ji received an F-1 visa in 2023 and has had F-1 status continuously without interruption since that time.

143.    The only criminal history that Mr. Ji has is a B misdemeanor for disorderly conduct, which was filed in March of 2024; however, the charge was dismissed and expunged in April of 2025.

144.    On April 9, 2025, Mr. Ji received a notice from the Director of International Services at Purdue that states:

> It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on 4/8/2025 for the reason: **OTHER - Individual identified in criminal records check and/or has had their VISA revoked.**

The notice is attached as Exhibit 9.

145.   There is no lawful basis for the termination of Mr. Ji's SEVIS record and the resulting termination of his F-1 status, and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

146.   Mr. Ji has no recourse to challenge the termination of his lawful F-1 status

147.   The termination of Mr. Ji's F-1 status will render him unable to continue and finish his education as planned. He will not be able to be accepted into the Summer Undergraduate Research Fellowship program, which was going to provide his only source of income over the summer, due to his loss of status. This will seriously disrupt his future.

148.   Mr. Ji is liable for apartment rental payments for the next three months.

149.   Since Mr. Ji received notice of his SEVIS termination, he is now living in fear that he will be arrested and deported.

150.   He has been unable to attend classes and has been unable to continue to conduct his research.

151.   He rarely leaves his home and when he does he tries to stay inside.

152.   He is suffering from severe depression that is only increasing as this ordeal continues.

153.   Mr. Ji's plan is to pursue a master's degree and doctorate in the area human-computer interaction with the goal of assisting persons with disabilities. He will not be

able to achieve this goal if he cannot continue his education in the United States. He could not pursue these educational and professional goals in China.

### *Sebastian Carbajal*

154.    Mr. Carbajal is scheduled to graduate in December 2025 with an MBA in Business Analytics from Indiana Tech in Fort Wayne, Indiana.

155.    Mr. Carbajal has been a student in good standing with a 4.0 grade point average.

156.    Due to Mr. Carbajal's excellent scholastic achievements, he has been offered a paid corporate finance and accounting internship with PNC in Pittsburgh, Pennsylvania to begin in May of 2025 through Curricular Practical Training (CPT).

157.    Mr. Carbajal is a citizen of Mexico.

158.    Mr. Carbajal received an F-1 visa in 2021 and has had this status continuously without interruption since that time.

159.    The only criminal history that Mr. Carbajal has are: 1) a misdemeanor charge for conversion that was filed in March of 2022. He entered into a diversion agreement, the case was dismissed in April of 2023, and it was subsequently expunged in January of 2025; 2) a speeding ticket which he paid; and 3) a parking ticket which he has also paid.

160.    On April 11, 2025, Mr. Carbajal received a notice from the Executive Director of International Admissions & Services at Indiana Tech that states:

> It has come to our attention that your SEVIS record and F-1 status in the United States have been terminated. Your SEVIS record and F-1 status were terminated on April 9, 2025 for the reason: TERMINATION REASON: **OTHER – Individual**

**identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

The notice also states "[w]hile the International Services office is typically available to assist students with routine visa or SEVIS issues, we have no further information and are unable to provide any guidance or assistance with respect to your immigration status." The notice is attached as Exhibit 10.

161.    Mr. Carbajal also received a notice from the United States Department of State, the Bureau of Consular Affairs Visa Office which informed him "additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 06-Jul-2025 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended." The notice also states:

> Remaining in the United States without lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

The notice is attached as Exhibit 11.

162.    There is no lawful basis for termination of Mr. Carbajal's F-1 status and none of the bases for termination of status articulated in 8 C.F.R. § 214.1(d) are applicable to him.

163.    Mr. Carbajal has no recourse to challenge the termination of his lawful F-1 status and SEVIS record.

164.    The termination of Mr. Carbajal's F-1 status will render him unable to continue and to finish his education as planned.

165.    The termination of his F-1 status has also caused him loss of income as he has not been able to continue his paid internship and he will not be able to accept the paid internship that he has been offered at PNC, both of which were his only sources of income. Mr. Carbajal is confident that after the internship that he would have received a return offer from PNC, which would be his dream job.

166.    He will lose the opportunity to continue to pursue his chosen career in the financial services industry through the OPT opportunity that the F-1 status provides.

167.    Since Mr. Carbajal received notice of his SEVIS termination, he has been struggling with anxiety, depression and fear due to the possibility of being detained and deported to El Salvador or a different random country.

168.    Mr. Carbajal's entire life is being negatively affected by the termination. He avoids leaving his apartment and when he has to drive to obtain essential items, he is extra cautious for fear of being pulled over and detained.

169.     He no longer feels safe and has never experienced anything like this before in his life. It is a terrible feeling.

170.    This has completely upended his life and his future.

*Concluding allegations*

171.   Plaintiffs are being caused irreparable harm for which there is no adequate remedy at law.

**Legal claims**

172.   The termination of plaintiffs' F-1 status by defendants as the result of the termination of their SEVIS records represents final agency action and was without statutory or regulatory authority in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (B) as it is arbitrary, capricious, and "contrary to constitutional right, power, privilege or immunity."

173.   The termination of plaintiffs' F-1 status by defendants as the result of the termination of their SEVIS records occurred without adequate notice and the opportunity to meaningfully challenge the termination in violation of due process.

**Request for relief**

WHEREFORE, plaintiffs request that this Court:

a.     assume jurisdiction of this case and set it for hearing at the earliest opportunity;

b.     enter a declaratory judgment that the actions of the defendants are unlawful for the reasons noted above;

c.     enter a preliminary injunction, later to be made permanent, enjoining defendants

      i.   from detaining plaintiffs until this matter is resolved and enjoining defendants to immediately reinstate plaintiffs' F-1 student status;

      ii.   enjoining defendants to provide adequate notice and the opportunity to be heard if defendants attempt to terminate their F-1 status and SEVIS immigration records;

d.    award plaintiffs their reasonable costs and attorneys' fees pursuant to 28 U.S.C. § 2412 as the defendants' actions in this case are not substantially justified;

e.    award all other proper relief

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org


Sarah L. Burrow
LEWIS KAPPES
One American Square, Suite 2500
Indianapolis, IN 46282
317/639-1210
fax: 317/639-4882
SBurrow@lewis-kappes.com

Attorneys for Plaintiffs

[29]

Docusign Envelope ID: 060D02EC-4D25-46B8-8D58-1AF7215A3FAF

**Verification**

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

Date: _____

4/20/2025 | 2:12 PM EDT

Signed by:

*Nina Hu*

B5B7D28FF4534A4...

Nina Hu

## Verification

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

4/20/2025 | 11:37 AM EDT

Date: _____

Signed by:

*Junde Zhu*

—10BF9BB392CF4DD...

Junde Zhu

Docusign Envelope ID: C0441BCA-1D94-4D13-8040-BF6607BC53B9

**Verification**

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

4/20/2025 | 12:25 下午 EDT

Date: _____

签署人：
Xiaotian Yu
EB5AA74D745E425...
_____

Xiaotian Yu

Docusign Envelope ID: 132805A6-87F3-468A-A20F-C7F19D94F04B

**Verification**

I verify under penalty of perjury that the foregoing statements that concern me are

true and correct.

4/20/2025 | 11:49 AM EDT

Date: _____

Signed by:

*Xilai Dai*

C6E42C3953584B8...

Xilai Dai

## Verification

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

Date: _____
4/20/2025 | 4:47 PM EDT

Signed by:

*Zhaorui M*

5EE7A04BDAAF4D9...

Zhaorui Ni

Docusign Envelope ID: B0CB78F4-5AFB-4DD0-9615-240DB35E2D3F

**Verification**

I verify under penalty of perjury that the foregoing statements that concern me are

true and correct.


Date: _____
4/20/2025 | 11:46 AM EDT

Signed by:

022844905CB049E...

Jideofor Odoeze

Docusign Envelope ID: A356F7D4-046A-401B-B117-005EDE43FBBE

## Verification

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

Date: _____
4/20/2025 | 3:08 PM EDT

Signed by:

Haoyu Ji
FD6448495DB0403...

Haoyu Ji

Docusign Envelope ID: 302FF92B-1C3C-4E70-8F43-580C7B03571E

**Verification**

I verify under penalty of perjury that the foregoing statements that concern me are true and correct.

4/20/2025 | 12:33 PM EDT
Date: _____

Signed by:
*Sebastian Carbajal*
C6BA281533544D2...
_____
Sebastian Carbajal