UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NINA HU, JUNDE ZHU, XIAOTIAN YU, XILAI DAI, ZHAORUI NI, JIDEOFOR ODOEZE, HAOYU JI, and SEBASTIAN CARBAJAL, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 4:25-cv-028-PPS-JEM |
| KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security*, and TODD LYONS, *in his official capacity as the Acting Director of the United States Immigration and Customs Enforcement*, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants, Kristi Noem and Todd Lyons.

| | |
|---|---|
|  April 21, 2025  | /s/ *Antonio C. Lee* |
| Date | Signature |
| | |
| | Antonio C. Lee |
| | Print Name |
| | |
| | 5400 Federal Plaza, Suite 1500 |
| | Address |

| Hammond | IN | 46320 |
|---------|----|----|
| City | State | Zip Code |

antonio.lee@usdoj.gov
E-mail Address

(219) 937-5500
Phone Number