🇺🇸 Official website of the Department of Homeland Security



# SEVIS HELP HUB
## Terminate a Student

Home \ SEVIS Help Hub \ Student Records \ Completions and Terminations \
Terminate a Student

# TERMINATE A STUDENT

Last updated: November 7, 2024

## Quick Links:

- Overview
- Effects of Termination
- Grace Periods after a Termination
- Termination versus Other End of Program Actions
- Terminate a Student Record
- Manage Terminated Records

Expand All | Collapse All

### Overview

A terminated record in the Student and Exchange Visitor Information System (SEVIS) could indicate that the nonimmigrant no longer maintains F or M status. Designated

**SEVIS Help Hub Navigation**

| Student Records |
|---|
| Classification of Instructional Programs (CIP) |
| Dependents |
| Request/Authorization Details |
| Sample Form I-20 |
| Student Information |
| Certificates of Eligibility |

4/24/25, 5:35 AM                                  Terminate a Student | Study in the States

USDC IN/ND case 4:25-cv-00028-PPS-JEM   document 19-1   filed 04/28/25   page 2 of 15
🇺🇸 Official website of the Department of Homeland Security

Prior to terminating a record be sure:

- Termination is the proper action to take.
- To use the right termination reason.

It is possible to terminate F-2 or M-2 records independently of their primary F-1 or M-1 student.

For more information on SEVIS terminations, see SEVIS Help Hub articles:

- [Termination Reasons](#)
- [Terminate a Dependent](#)

**Effects of Termination**

When an F-1/M-1 SEVIS record is terminated, the following happens:

Complete Program

**Terminate a Student**

Termination Reasons

Corrections and Correction Requests

F/M Status

F/M Student Employment

Manage Program Dates, Registration and Course Load

Transfers

Update Student Records

SEVIS Basics

School Records

- the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the student.
- Any associated F-2 or M-2 dependent records are terminated.

**Grace Periods after a Termination**

Depending on the termination reason, there may be a grace period during which a student and dependents must depart the United States or apply for reinstatement.

| Termination Reason | Duration of Status |
|---|---|
| Termination for any violation of status | - **No grace period.**<br>- If the student and dependents are still in the United States, the student must either apply for reinstatement, or the student and dependents must leave the United States immediately. |


| | |
|---|---|
| **Authorized Early Withdrawal** | dependents must leave the United States within 15 days of termination date.<br><br>**Important Note**: This grace period only applies to F-1 students and their dependents. It does not apply to M-1/M-2 students and dependents. |
| **Change of Status Approved** | - Student F 1/M 1 status ends, and student enters newly authorized immigration status.<br>- Student must follow the authorized stay requirements of the new immigration status. |
| **Change of Status Denied** | - Nonimmigrant requests a change of status (COS) to F 1 or M 1 and is denied.<br>- If the nonimmigrant has maintained the current status while the COS to F/M was pending, the student remains in previous nonimmigrant status and must follow the authorized stay requirements of that status. |

*Preparation for Departure* 8 CFR 214.2(f)(5)(iv)

DSO should use them.

| Action | Use It When |
|---|---|
| [Cancel SEVIS Record in Initial Status](#) | <ul><li>The record is in Initial status.</li><li>The student has not/will not use the Initial Attendance</li></ul> Form I-20 to enter the United States. **Note:** This cancels all associated dependent records. |
| [Complete Program](#) | <ul><li>The record is Active.</li><li>The student has both:<ul><li>Graduated or completed his/her course of study</li><li>Left or plans to leave the United States in the immediate future.</li></ul></li></ul> |
| [Shorten Program](#) | <ul><li>The record is Active.</li><li>The student will finish the program earlier than the current program end date in the record.</li></ul> |
| **Terminate Record** | <ul><li>The record is in Initial or Active status.</li><li>The student did not maintain F/M status per regulations.</li></ul> |

| | action will show as a correction in event history. |
|---|---|

## Terminate a Student Record

To terminate a record in Initial or Active status:

1. Go to the *Student Information* page.



2. Click **Terminate Student**. The *Terminate Student* page opens.

4/24/25, 5:35 AM	Terminate a Student | Study in the States

USDC IN/ND case 4:25-cv-00028-PPS-JEM    document 19-1    filed 04/28/25    page 7 of 15
 Official website of the Department of Homeland Security



You cannot terminate the Initial record of a student, who is requesting a change of education level, if the previous record is still Active. In this case, from the *Student Information* page you must:

- **First**: Cancel Change Education Level for the Active record.
- **Second**: Terminate the Active record.



3. Select a **Termination Reason** from the drop-down list.

- **Absent from Country for Five Months**
- **Authorized Drop Below Full Course Time Exceeded**
- **Authorized Early Withdrawal**
- **Change of Status Approved**
- **Change of Status Denied**
- **Change of Status Withdrawn**
- **Death**
- **Denied Transfer (M-1 student only)**
- **Expulsion**
- **Extension Denied**

- **Otherwise Failing to Maintain Status:** If you select this termination reason, enter an explanation in the text box provided.
- **Suspension**
- **Transfer Student No Show**
- **Transfer Withdrawn (M-1 student only)**
- **Unauthorized Drop Below Full Course**
- **Unauthorized Employment**
- **Unauthorized Withdrawal**
- **Violation of Change of Status Requirements**

> See [Student Termination Reasons Available in SEVIS to DSOs](#) in SEVIS Help Hub [Termination Reasons article](#) for a detailed description of the termination reasons.

4. Enter any optional comments in the **Remarks** field. This field has a 1,000-character limit.

> Comments entered in the **Remarks** field will overwrite existing remarks on page one of the printed Form I-20.

5. Click one of the following:




- Click **No** to cancel the action and return to the *Student Information* page.
- Click **Yes** to proceed with the student's termination. An *Update Successful* page opens.

- Click **Return to View Record** to view the *Student Information* page.
- Click **Print I-20** to print a copy of the student's Form I-20.

- **Reset Values**: Clears all fields on the page.
- **Cancel**: Cancels the termination action and return to the *Student Information* page.

## Manage Terminated Records

4/24/25, 5:35 AM                                    Terminate a Student | Study in the States

🇺🇸 USDC IN/ND case 4:25-cv-00028-PPS-JEM   document 19-1   filed 04/28/25   page 11 of 15
   Official website of the Department of Homeland Security

terminated:

- Students Terminated Due to Change of Status Approved
- Students Terminated Due to Change of Status Denied
- Students Within 45 Days of Termination
- Terminated Students Nearing their Reinstatement Deadline
- Terminated Status Students (in past 18 months)

- Correct Termination Reason, if the termination reason in SEVIS is wrong.

- Correct Student SEVIS Status, if the record was terminated:

  - For authorized early withdrawal and the student is returning after an absence of less than five months.
  - Incorrectly by a DSO, SEVIS, or a government official.

- Request Reinstatement if the student violated status and will try to regain status without leaving the United States.

  - See 8 CFR 214.2(f)(16)(i) for F-1 eligibility criteria.
  - See 8 CFR 214.2(m)(16)(i) for M-1 eligibility criteria.

See the Reinstatement article.

4/24/25, 5:35 AM
Terminate a Student | Study in the States
USDC IN/ND case 4:25-cv-00028-PPS-JEM   document 19-1   filed 04/28/25   page 12 of 15
🇺🇸 Official website of the Department of Homeland Security

> Regaining status through travel will restart that student's F-1 or M-1 status and benefits clock over again.
>
> **Note**: You must create a new SEVIS record, and the student must pay the I 901 SEVIS fee again.

# WHAT'S NEW



## Try the Facebook Chatbot

Visit the tool on the Study in the States Facebook page to learn how to become an F or M international student in the United States.

[Read more on the blog](#)

4/24/25, 5:35 AM                                      Terminate a Student | Study in the States
USDC IN/ND case 4:25-cv-00028-PPS-JEM   document 19-1   filed 04/28/25   page 13 of 15
  Official website of the Department of Homeland Security



## Employment

While employed this summer, make sure you have all the relevant information on maintaining your student status, and the steps you must take before returning to school.

[Read more on the blog](#)

# ICON GUIDE

See the [SEVIS Help Icons](#) on the SEVIS Help Hub for a quick-reference of the icons used in this user guide.

## I'm Looking For

Official website of the Department of Homeland Security

# CONTACT US



SEVP Response Center

703-603-3400



Monday - Friday

8:00 a.m. to 6:00 p.m. ET, except holidays



SEVP@ice.dhs.gov



ICE Tip Line

1-866-DHS-2-ICE

## Was This Helpful?

Please provide feedback on this page.

◯ Yes      ◯ No

Submit

🇺🇸 Official website of the Department of Homeland Security

## About

[About Study in the States](#)

[About SEVIS](#)

[Contact Us](#)

## Help

[Accessibility](#)

[Metrics](#)

[Privacy Policy](#)

[Site Index](#)

## Partners

[Department of State](#)

[Department of Education](#)

[Department of Commerce](#)

[Department of Labor](#)

[Department of Justice](#)