UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| NINA HU, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 4:25-CV-028-PPS-JEM |
| | ) | |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs filed a Motion to Dismiss Because of Mootness. [DE 23.] Plaintiffs represent that they now believe their claims to be moot and request dismissal without prejudice. In response, the government agrees to dismissal without prejudice on mootness grounds. [DE 24.] Given the Parties' agreement on mootness, the Court must dismiss this case. *See DJL Farm LLC v. United States EPA*, 813 F.3d 1048, 1050 (7th Cir. 2016) ("Federal courts lack subject matter jurisdiction when a case becomes moot."). Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs or fees to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: July 9, 2025.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1